# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

BOB PORTO, on behalf of himself
and all other Arkansans similarly
situated, d/b/a/ Bob Porto Builders          PLAINTIFF

v.                    No. 4:17-cv-437-DPM

STATE FARM FIRE AND
CASUALTY COMPANY                  DEFENDANT

## JUDGMENT

The complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

28 December 2017